UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT KAHAN,<br><br>Defendants. | Criminal Action No. 13-cv-473 (PGS)<br><br>ORDER TERMINATING<br>SUPERVISED RELEASE |

Whereas Robert Kahan (73 years old) requests early termination from supervised release which is scheduled to be terminated on May 2021; and

Whereas the Probation Office indicates that Mr. Kahan meets the conditions for early termination based on the nine factors set forth by the Judicial Conference; and

Whereas Mr. Kahan has fully paid his restitution obligations of $989,900.82 in full; and

Whereas the Court has reviewed all of the papers filed including the opposition of the United States Attorney and for good cause having been shown;

IT IS on this 18th day of March, 2019;

ORDERED that Robert Kahan is immediately discharged from his remaining term of supervised release.

_____
PETER G. SHERIDAN, U.S.D.J.